**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| REBECCA DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-cv-00603-TCK-FHM |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, REBECCA DAY ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

January 25, 2013           RESPECTFULLY SUBMITTED,

PARAMOUNT LAW

  /s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
115 W. 3rd St., Ste. 411
Tulsa, OK 74103
(918) 200-9272

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　_/s/ Victor R. Wandres_____
　　　　　　　　　　　　　　　　　　Victor R. Wandres, OBA #19591
　　　　　　　　　　　　　　　　　　115 W. 3rd St., Ste. 411
　　　　　　　　　　　　　　　　　　Tulsa, OK 74103
　　　　　　　　　　　　　　　　　　(918) 200-9272

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*