# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REBECCA DAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12-cv-00603-TCK-FHM |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff, REBECCA DAY, and Defendant, GC SERVICES, LP, through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED: March 28, 2013                    RESPECTFULLY SUBMITTED,

                                         PARAMOUNT LAW

                                         By: /s/ Victor R. Wandres

                                         Victor R. Wandres, OBA #19591
                                         115 W. 3rd St., Ste. 411
                                         Tulsa, OK 74103
                                         (918) 200-9272
                                         Attorney for Plaintiff

DATED:  March 28, 2013                    RESPECTFULLY SUBMITTED,

PRAY WALKER, P.C.

By: /s/ Scott R. Helton

Scott R. Helton, OBA No. 19829
PRAY WALKER, P.C.
100 West 5th Street
Tulsa, OK 74103
Telephone: (918) 581-5500
Facsimile: (918) 581-5599
SHelton@PrayWalker.com
*Attorney for Defendant,*
*GC Services Limited Partnership*

## PROOF OF SERVICE

I am employed in the County of Tulsa, State of Oklahoma. I am over the age of 18 and not a party in this action. My business Address is 115 W. 3rd St., Ste. 411 Tulsa, OK 74103.

On March 28, 2013, I served the following documents: **STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

Scott R. Helton, OBA No. 19829  Attorneys for Defendant,
PRAY WALKER, P.C.  GC SERVICES, LP
100 West 5th Street
Tulsa, OK 74103

By the following means of service:

[ ]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[ ]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **BY MAIL:** I deposited such envelope in the mail at Tulsa, Oklahoma. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Tulsa, Oklahoma in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of Oklahoma that the above is true and correct.

Executed on March 28, 2013, at Tulsa, Oklahoma.

By: /s/ Victor R. Wandres

Victor R. Wandres